**IN RE: Alan Andrew MACKETY, Petitioner.**

**No. 17-1214**

United States Court of Appeals, Fourth Circuit.

Submitted: April 5, 2017

Decided: April 12, 2017

Alan Andrew Mackety, Petitioner Pro Se.

Before SHEDD, AGEE, and DIAZ, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alan Andrew Mackety petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his 28

---

U.S.C. § 2241 (2012) petition. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court has dismissed the § 2241 petition. Accordingly, because the district court has recently decided Mackety's case, we deny the mandamus petition as moot. We grant leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*